JS-6

**United States District Court**
**Central District of California**

IN SUN KIL,

        Plaintiff,

        v.

LARCHMONT BUGALOW CAFÉ LLC, et al.,

        Defendants.

Case No. CV 20-01483-VAP (MAAx)

**ORDER OF DISMISSAL**

The Court having been advised that the above-entitled action has settled,

IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

THE COURT will retain jurisdiction for a period of sixty (60) days to enforce the terms of the settlement. All pending dates are hereby vacated.

Dated:  August 6, 2020

                              VIRGINIA A. PHILLIPS
                              United States District Judge